IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA COZZONE, D.O., | : | CIVIL ACTION NO. **3:CV-10-2388** |
| Plaintiff | : | |
| v. | : | |
| | : | (Magistrate Judge Blewitt) |
| AXA EQUITABLE LIFE INSURANCE SOCEITY OF THE UNTIED STATES, et al., | : | |
| Defendants | : | |

### ORDER AND JUDGMENT

**AND NOW,** this 14th day of **March, 2012**, based upon the foregoing Memorandum, **IT IS HEREBY ORDERED THAT** Defendants' Motion for Judgment on the Pleadings **(Doc. 13)**, under Fed. R. Civ. P. 12(c), with respect to Count II of Plaintiff's Complaint, 42 Pa. C.S.A. §8371 bad faith claim, is **GRANTED.**  **IT IS FURTHER ORDERED** that **Judgment** is entered in favor of Defendants and against Plaintiff with respect Count II of Plaintiff 's Complaint, §8371 bad faith claim.

**IT IS FURTHER ORDERED** Defendants' **Doc. 13** Motion is **GRANTED** to the extent that Plaintiff raises a common law claim for breach of the implied contractual duty to act in good faith in Count II of her Complaint.

s/ Thomas M. Blewitt
**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: March 14, 2012

15